1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE G. REYES,

11          Petitioner,                    No. CIV S-06-2642 WBS DAD P

12      vs.

13   ROBERT A. HOREL, et al.,

14          Respondents.                   ORDER

15   _____/

16          Petitioner has requested an extension of time to file an amended petition pursuant

17   to the court's order filed November 22, 2006.  Good cause appearing, IT IS ORDERED that:

18          1.  Petitioner's December 26, 2006 motion for continuance is granted; and

19          2.  Petitioner is granted thirty days from the date of this order in which to file an

20   amended petition and to pay the filing fee or submit an in forma pauperis application.

21   DATED: January 4, 2007.

22

23   _____
     DALE A. DROZD
24   UNITED STATES MAGISTRATE JUDGE

25   DAD:13:bb
     reye2642.111
26