IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE G. REYES,

    Petitioner,               No. CIV S-06-2642 WBS DAD P

    vs.

ROBERT A. HOREL, et al.,

    Respondents.           FINDINGS & RECOMMENDATIONS

_____/

        By order filed November 22, 2006, petitioner's petition was dismissed and thirty days' leave to file an amended petition was granted. In addition, petitioner was ordered to either pay the $5.00 filing fee for a habeas corpus action or file an application to proceed in forma pauperis, using the forms provided by the court with the order. On January 5, 2007, petitioner was granted an additional thirty days to comply with the order. The time period has now expired, and petitioner has not filed an amended petition, has not paid the appropriate filing fee, has not filed an application to proceed in forma pauperis, and has not otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

/////

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, petitioner may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7  F.2d 1153 (9th Cir. 1991).

DATED: February 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
reye2642.fta.fifp